No. 10149.   STATE OF MONTANA ex rel. DR. J. L. YU-HAS, PETITIONER AND RELATOR, v. DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of the State of Montana, In and For the COUNTY OF MISSOULA, and W. W. LESSLEY, Presiding Judge, RESPONDENTS.

Submitted May 3, 1960.

Decided May 9, 1960.

351 Pac. (2d) 610.

MR. CHIEF JUSTICE HARRISON:

It is ordered that petitioner's application for a writ of prohibition or other appropriate writ be denied.

MR. JUSTICES CASTLES and ANGSTMAN concur.